[Civil No. 355.]

CHARLES EDWARD LEWIS, Appellant, v. PIMA COUNTY, Appellee.

("Narrow Gauge Railroad Bond Case.")

APPEAL from the District Court of the First Judicial District in and for the County of Pima. Richard E. Sloan, Judge.

Barnes & Martin, for Appellant.

William M. Lovell, District Attorney, and C. W. Wright, for Appellee.

April 14, 1893.   Affirmed.

Appeal to the United States Supreme Court.   Affirmed. 155 U. S. 54, 39 Law Ed. 67.